# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GUARDADO,<br><br>                Petitioner,<br><br>      v.<br><br>NEIL MCDOWELL,<br><br>                Respondent. | Case No. SA CV 19-01302-VBF-RAO<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: November 14, 2019        */s/ Valerie Baker Fairbank*

                                           The Hon. Valerie Baker Fairbank
                                           Senior United States District Judge